# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

IN RE:  Matthew Watkins                                   CASE NO:     4:23-bk-11909 R

Chapter 13

## CHAPTER 13 ORDER TO MODIFY PLAN
## AND TO PROVIDE DOCUMENTATION

Before the court is the Objection to Confirmation of Plan, Docket Entry [51], filed on 12/21/2023 by the Trustee.  The Objection was set for hearing on 01/24/2024.  Prior to the hearing, the objection was settled, and a hearing was not necessary.

For cause shown, the court finds that the Objection to Confirmation is sustained. The Debtor is hereby granted 21 days from the date of this Order to file a modification to the plan and to provide documentation, amended Schedule A/B and SOFA, and requested documentation, regarding the plan. Failure to file the modification and submit the documentation within the time described in this Order may result in dismissal of the case without further notice or hearing.

IT IS SO ORDERED.

/s/  Bianca M. Rucker

Bianca M. Rucker
U.S. Bankruptcy Judge

Date:     January 24, 2024

cc:  Mark T. McCarty, Trustee

Brian C Wilson     (Noticed by ECF)
P O Box 3098
Little Rock, AR  72203

Matthew Watkins
22307 N Springlake Rd
Hensley, AR  72065